AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of Illinois

Inventus Power, Inc., et al.
    Plaintiff(s),
V.
Shenzhen Ace Battery Co., Ltd.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-03375

Notice is hereby given that, subject to approval by the court, Shenzhen Ace Battery Co., Ltd. substitutes (Party(s) Name)

He Cheng and Tao Liu and Andrew Palmer, State Bar No. 5665617 and 5741665 (NY) / 6199835 (IL) as counsel of record in
(Name of New Attorney)

place of Otto O. Lee, Kevin Viau, and Jenny Hong-Gonzalez
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tianyu Law Group PLLC
Address: 745 5th Avenue, Suite 500, New York, NY 10151
Telephone: 415-549-6699    Facsimile:
E-Mail (Optional): Robin.Cheng@tylawgp.com; Tao.Liu@tylawgp.com; Andrew.Palmer@tylawgp.com

I consent to the above substitution.
Date: 7/24/2020
(Signature of Party(s))

I consent to being substituted.
Date: 7/22/2020
Kevin Viau for IP Law Group LLP
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/24/2020
Andrew Palmer
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of Illinois

Inventus Power, Inc., et al.
Plaintiff(s),
V.
Shenzhen Ace Battery Co., Ltd.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-03375

Notice is hereby given that, subject to approval by the court, Shenzhen Ace Battery Co., Ltd. substitutes
(Party (s) Name)

He Cheng and Tao Liu and Andrew Palmer , State Bar No. 5665617 and 5741665 (NY); 6199835 (IL) as counsel of record in
(Name of New Attorney)

place of Otto O. Lee, Kevin Viau, and Jenny Hong-Gonzalez .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tianyu Law Group PLLC
Address: 745 5th Avenue, Suite 500, New York, NY 10151
Telephone: 415-549-6699    Facsimile:
E-Mail (Optional): Robin.Cheng@tylawgp.com; Tao.Liu@tylawgp.com; Andrew.Palmer@tylawgp.com

I consent to the above substitution.
Date: 7/24/2020

(Signature of Party(s))

I consent to being substituted.
Date: 7/22/2020

Kevin Viau for IP Law Group LLP
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/24/2020

Tao Liu
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                    
                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of Illinois

Inventus Power, Inc., et al.
    Plaintiff(s),
V.
Shenzhen Ace Battery Co., Ltd.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-03375

Notice is hereby given that, subject to approval by the court, **Shenzhen Ace Battery Co., Ltd.** (Party(s) Name) substitutes **He Cheng and Tao Liu and Andrew Palmer** (Name of New Attorney), State Bar No. **5665617 and 5741665 (NY); 6199835 (IL)** as counsel of record in place of **Otto O. Lee, Kevin Viau, and Jenny Hong-Gonzalez** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Tianyu Law Group PLLC
Address: 745 5th Avenue, Suite 500, New York, NY 10151
Telephone: 415-549-6699    Facsimile:
E-Mail (Optional): Robin.Cheng@tylawgp.com; Tao.Liu@tylawgp.com; Andrew.Palmer@tylawgp.com

I consent to the above substitution.
Date: 7/24/2020
(Signature of Party(s))

I consent to being substituted.
Date: 7/22/2020
Kevin Viau for IP Law Group LLP
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/24/2020
He Cheng
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]