# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Inventus Power, Inc., et al.

                            Plaintiff,

v.                                                            Case No.: 1:20−cv−03375

                                                                    Honorable Robert M. Dow Jr.

Shenzhen Ace Battery Co., Ltd.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, March 14, 2021:

      MINUTE entry before the Honorable Jeffrey Cummings: Plaintiffs' request for hearing regarding motion to compel CBAK [35] is granted. Telephonic status hearing set for 3/22/21 at 10:00 a.m. The parties should be prepared to discuss the issues raised in plaintiffs' motion to compel [7]. Defendant to file a written response to the motion in advance of the hearing on or before 3/18/21. The response should be filed no later than 24 hours in advance of the hearing. The call−in number for the status hearing is (888) 684−8852 and the access code is 3997645. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.