# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

June 1, 2021

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-2023
>
> Caption:
> INVENTUS POWER, INC. and ICC ELECTRONICS (DONGGUAN) LTD.,
>   Plaintiffs - Appellees
>
> v.
>
> SHENZHEN ACE BATTTERY CO., LTD.,
>   Defendant - Appellant
>
> District Court No: 1:20-cv-03375
> Court Reporter Patrick Mullen
> District Judge Robert M. Dow
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 05/29/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)