# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

August 4, 2021

*Before:*

**FRANK H. EASTERBROOK,** *Circuit Judge*
**MICHAEL S. KANNE,** *Circuit Judge*
**MICHAEL Y. SCUDDER,** *Circuit Judge*

| | |
|---|---|
| INVENTUS POWER, INC., and ICC ELECTRONICS (DONGGUAN) LTD., <br>    Plaintiffs-Appellees, <br><br> No. 21-2023     v. <br><br> SHENZHEN ACE BATTTERY CO., LTD., <br>    Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 1:20-cv-03375 <br> ] <br> ] Robert M. Dow, Jr., <br> ]    Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction because the district court has not entered a final appealable judgment within the meaning of 28 U.S.C. § 1291.

Plaintiffs' case remains pending in the district court. And, the denial of a motion to dismiss based on forum non conveniens is not appealable as a collateral order. *See Abelsz v. OTP Bank*, 692, F.3d 638, 650 (7th Cir. 2012). As such, appellant must wait until the final judgment is entered to seek review of the order.