IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and ICC ELECTRONICS (DONGGUAN) LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>Defendant. | Civil Action No.: 1:20-cv-03375<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cummings |

**PLAINTIFFS' MOTION TO FIND DEFENDANT IN CONTEMPT OF THE COURT'S DISCOVERY RULINGS**

1

Plaintiffs Inventus Power, Inc. and ICC Electronics (Dongguan) Ltd. (collectively, "Plaintiffs" or "Inventus") hereby respectfully request that the Court grant their Motion to Find Defendant in Contempt of the Court's Discovery Rulings ("Motion for Contempt") as set forth in the accompanying Memorandum, by issuing an order (1) finding Defendant Shenzhen Ace Battery Co., Ltd. ("AcePower") in contempt of the Court's discovery orders, (2) striking AcePower's denials that it committed trade secret misappropriation, its affirmative defenses, and its objection to this Court's jurisdiction, (3) requiring AcePower to produce the ordered documents and to fully respond to the interrogatories as required by the Court in Dkts. 179 and 180 within five (5) days of the Court's order on the instant motion, (4) imposing any additional sanctions the Court deems proper if AcePower fails to fully comply with Dkts. 179 and 180 by the Court's new deadline or files a motion to compel prior to complying, and (5) barring AcePower from seeking additional discovery from Inventus unless or until AcePower complies with its Court-ordered discovery obligations.

DATED: November 17, 2021                     Respectfully submitted,

/s/ *Gianni Cutri*

Gianni Cutri
Gianni.cutri@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Adam Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Natalie Flechsig (*admitted pro hac vice*)
natalie.flechsig@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (*admitted pro hac vice*)
michael.devries@kirkland.com
Kevin Bendix (*admitted pro hac vice*)
kevin.bendix@kirkland.com
Benjamin A. Herbert (*admitted pro hac vice*)
benjamin.herbert@kirkland.com
Yimeng Dou (*admitted pro hac vice* )
yimeng.dou@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiffs
*INVENTUS POWER, and ICC*
*ELECTRONICS (DONGGUAN) LTD.*

## **CERTIFICATE OF SERVICE**

  I, Gianni Cutri, an attorney, hereby certify that on November 17, 2021, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: November 17, 2021

                  */s/ Gianni Cutri*
                  Gianni Cutri