UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Inventus Power, Inc., et al.

                                Plaintiff,

v.                                         Case No.: 1:20−cv−03375
                                                                 Honorable Robert M. Dow Jr.

Shenzhen Ace Battery Co., Ltd., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 19, 2021:

      MINUTE entry before the Honorable Jeffrey Cummings: Telephonic motion hearing held on 11/19/21. Defendant's motion for leave to produce documents to plaintiffs' counsel's Shanghai office, or alternatively, a motion for leave to file a renewed request for international judicial assistance [182] is granted in part and denied in part as follows. Defendant's motion is granted to the extent that defendant may redact the portions of its responses to request for production no. 4 that Ace's Chinese counsel in good faith believes may violate the recently enacted Personal Information Protection Law of China. Defendant's motion is otherwise denied. All remaining document discovery shall be produced to plaintiffs'; counsel's office in the United States and not to counsel's Shanghai office. With respect to interrogatory no. 5, by 11/24/21, plaintiffs' counsel shall provide defendant with an Attorney's Eyes Only list of its U.S.−based customers and suppliers. Defense counsel shall then compare that list to defendant's list of U.S.−based customers and suppliers to determine any overlapping entities. Defense counsel shall then inform defendant of the customers and suppliers for which it shall provide further responsive information and documents. Defendant shall fully respond to interrogatory no. 5 and request for production no. 5 by 12/3/21. With respect to interrogatory no. 6, the parties dispute whether defendant's supplemental response is sufficient. To resolve the parties' dispute on this issue, the Court orders defense counsel to fully review the supplemental response with defendant to confirm whether the current answer is full and complete or requires further supplementation. By 12/3/21, defendant shall file a certification confirming compliance with this directive. See CSMC 2007−C4 Egizii Portfolio LLC v. Springfield Prairie Properties, LLC, No. 15−3195, 2018 WL 7859720, at *3 (C.D. Ill. Aug. 31, 2018) (requiring counsel to certify parties' compliance with discovery order); Learning Resources, Inc. v. Playgo Toys Enterprises Ltd., No. 19−CV−00660, 2020 WL 2061536, at *3 (N.D. Ill. Apr. 29, 2020) (same, citing cases). Any further supplemental response to interrogatory no. 6 must be provided by 12/3/21. By agreement of the parties, the deposition of Wenhua Li will be taken on 12/1/21 in Macau by remote means. Following defendant's supplemental production, the parties shall work together to schedule the remaining depositions permitted in this Court's order limiting the scope of jurisdictional discovery. The parties request for an extension of time to complete those depositions is granted. The depositions shall be completed by 1/17/22. Plaintiffs' motion to find defendant in contempt [186] is denied without prejudice. Defendant is advised,

however, that the Court will reconsider plaintiffs' motion if defendant fails to properly follow the Court&#0;39;s orders. By 12/21/21, the parties shall file a joint status report on discovery confirming that defendant has fully responded to the written discovery requests and confirming that the parties have agreed to dates for the remaining jurisdictional depositions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.