IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and ICC ELECTRONICS (DONGGUAN) LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>Defendant. | Civil Action No.: 1:20-cv-3375<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cummings |

## JOINT MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Plaintiffs Inventus Power, Inc. and ICC Electronics (Dongguan) Ltd. (collectively, "Plaintiffs" or "Inventus") and Defendant Shenzhen Ace Battery Co., Ltd. ("Defendant" or "AcePower") respectfully move this Court for leave to file under seal the Joint Status Report Regarding Discovery ("Joint Status Report") and Exhibits 3-5, 7-8 thereto (collectively, "Provisionally Sealed Documents").

In support of the Joint Motion to File Under Seal, the parties state as follows:

1. The Joint Status Report contains Inventus's confidential and proprietary business information concerning Inventus's customers, as well as information that AcePower has designated as "CONFIDENTIAL - ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

1

2. Exhibits 3 and 4 to the Joint Status Report contains information and summaries of information that AcePower has designated as "CONFIDENTIAL - ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

3. Exhibit 5 to the Joint Status Report contains Inventus's confidential and proprietary business information concerning Inventus's customers, as well as confidential username and password credentials to access document share sites.

4. Exhibits 7 and 8 to the Joint Status Report contain excerpts from the transcript of the deposition of Wenhua (Ewin) Li, which has been marked "Attorneys' Eyes Only - Subject to the Protective Order" and contains discussions of Inventus's confidential document storage and protection procedures.

WHEREFORE, the parties respectfully move this Court to seal the Provisionally Sealed Documents, as requested herein.

Dated: December 21, 2021

Respectfully submitted,

/s/ Gianni Cutri

Gianni Cutri
gianni.cutri@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Adam Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Natalie Flechsig (*admitted pro hac vice*)
natalie.flechsig@kirkland.com
KIRKLAND & ELLIS LLP

Respectfully submitted,

/s/ He Cheng

He Cheng
Robin.Cheng@glacier.law
Glacier Law LLC
200 Park Ave. Ste 1703
New York, NY, 10166
Telephone: (332) 208-1523

Tao Liu
Tao.Liu@glacier.law
Glacier Law LLC
200 Park Ave. Ste 1703
New York, NY, 10166
Telephone: (212) 999-7856

Tianyu Ju

2

555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (*admitted pro hac vice*)
michael.devries@kirkland.com
Kevin Bendix (*admitted pro hac vice*)
kevin.bendix@kirkland.com
Benjamin A. Herbert (*admitted pro hac vice*)
benjamin.herbert@kirkland.com
Yimeng Dou (*admitted pro hac vice*)
yimeng.dou@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiffs
*INVENTUS POWER, and ICC ELECTRONICS (DONGGUAN) LTD.*

Iris.Ju@glacier.law
Glacier Law LLC
200 Park Ave. Ste 1703
New York, NY, 10166
Telephone: (332) 208-8882

Attorneys for Defendant
*SHENZHEN ACE BATTERY CO., LTD*

3