# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Inventus Power, Inc., et al.

                             Plaintiff,

v.                                                     Case No.: 1:20−cv−03375

                                                            Honorable Robert M. Dow Jr.

Shenzhen Ace Battery Co., Ltd., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report [195] and defendant's renewed certificate of compliance [198]. The joint motion to file under seal [197] and defendant's motion to file under seal [199] are granted. Telephonic status hearing set for 1/11/22 at 11:00 a.m. Members of the public and media will be able to call in to listen to the hearing. The call−in number is (888) 684−8852 and the access code is 3997645. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.