UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and ICC ELECTRONICS (DONGGUAN) LTD. *Plaintiffs*, v. SHENZHEN ACE BATTERY CO., LTD., *Defendant*. | **CASE NO.** 20-cv-3375 **Judge:** Robert M. Dow, Jr**. Magistrate Judge:** Jeffrey I. Cummings |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Counsel for Defendant, Glacier Law LLP, moves as follows pursuant to Local Rule 83.17 of the Northern District of Illinois:

1. Glacier Law LLP hereby moves this Court, pursuant to Local Rule 83.17 for leave to withdraw the appearance of Jessica Tovrov as counsel for Defendant in this action. Jessica Tovrov is no longer retained by the Defendant in this case.

2. Glacier Law LLP and its attorneys of record, continue to represent Defendant.

3. The withdrawal of Jessica Tovrov is not interposed for purposes of harassment or delay, and no party will be prejudiced by the Court's granting of this motion.

4. Wherefore, Glacier Law LLP moves this Honorable Court for an Order granting leave to withdraw Jessica Tovrov as counsel for Defendant and that the minute order direct the Court Clerk to remove her from the service list.

Date: April 4, 2022

/s/ Wei Wang
Wei Wang, Esq.
Wei.Wang@glacier.law
Glacier Law LLP
200 Park Avenue, Suite1703
New York, NY 10166

        www.glacier.law
        Tel: +1 (332) 208-8882
        Fax: +1 (312) 801-4587
        ***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 4, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: April 4, 2022                              /s/ Wei Wang
                                                 Wei Wang, Esq.