UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and<br>ICC ELECTRONICS (DONGGUAN) LTD.,<br>Plaintiff,<br><br>v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br>Defendants. | Case No.: 1:20-cv-03375<br><br>Judge: Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge: Honorable Jeffrey Cummings |

## ACE'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Defendant Shenzhen Ace Battery Co., Ltd. respectfully moves this Court for leave to file under seal documents ACE's Response to Plaintiffs' Request for Sanction [Dkt, 231] and Exhibits under seal.

ACE believes that the documents contain highly confidential information that is relevant to ACE's documents production and individual's identities.

Therefore, ACE requests the Court grant its leave to file the Exhibits under seal.

Date: 05/14/2022

Respectfully Submitted:

/s/ He Cheng

**He Cheng**
Glacier Law LLP
200 Park Avenue, Suite 1703
New York, NY 10166
(332) 208-8882
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this May 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, along with the attached Exhibits, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 05/14/2022

/s/ He Cheng
He Cheng