## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Inventus Power, Inc., et al.

                                                Plaintiff,

v.                                                                                        Case No.: 1:20−cv−03375
                                                                                           Honorable Robert M. Dow Jr.

Shenzhen Ace Battery Co., Ltd., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Plaintiffs' motion to seal certain portions of its reply in support of the request for sanctions [239] is granted. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.