UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and<br>ICC ELECTRONICS (DONGGUAN) LTD.,<br>Plaintiff,<br><br>v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>Defendant. | Case No.: 1:20-cv-03375<br><br>Judge: Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge: Honorable Jeffrey Cummings |

## ACE'S REQUEST FOR MEDIATION AND
## MOTION TO STAY PROCEEDINGS (Opposed)

Defendant Shenzhen Ace Battery Co., Ltd. ("ACE") respectfully requests that this Court conduct a mediation in this case or order a mediation by a neutral third party to facilitate settlement discussion between the parties, and to stay proceedings.

1. **Background**

On May 26, 2022, due to the current extreme circumstances surrounding discovery in China, and potential civil and criminal penalty from the Chinese authorities, ACE reached out to Plaintiffs to discuss whether Plaintiffs were open to settlement and mediation.

On May 27, 2022, a meet and confer was held. Plaintiffs' counsel indicated that Plaintiffs did not oppose settlement discussion or mediation but were unwilling to agree to

2. **A Mediation will facilitate resolution of parties' disputes**

Despite its best effort to produce documents in compliance with this Court's order,[1] ACE has received multiple warnings and is subject to on-going investigation by multiple Chinese authorities.

---

[1] ACE has also retained vendor in the United States to reproduce new load files related to the extracted text files and.tiff placeholders or single-page.tiff image files. [Dkt. 246]. This reproduction is based on the Native Files that ACE has previously provided.

Warned that its entire business operation is in jeopardy, ACE cannot be reasonably expected to subject itself to the harsh civil and criminal penalties.

ACE is willing to discuss settlement with Plaintiffs. A mediation will facilitate discussion between the parties and assist resolution and settlement of the disputes on the substantive issues.

*Frist*, Plaintiffs do not oppose to settlement discussion and mediation and the parties have started settlement negotiation. This sets a good foundation to proceed negotiation under a structured and constructive mediation process. A mediation will facilitate discussion and assists parties in evaluating their conflicts and resolving the disputes.

*Second*, Plaintiffs and ACE can discuss the substantive issues without violating Chinese law. Consequently, ACE will not be forced into the situation of violating either this Court's discovery order or the Chinese law.

3. **Motion to stay pending settlement discussion and mediation is appropriate in this case**

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. North American C*o., 299 U.S. 248, 254 (1936) (power to stay pending action "is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, counsel, and for litigants.").

In evaluating whether to exercise their discretion to stay proceedings, courts consider "(1) whether a stay will simplify the issues in question and streamline the trial; (2) whether a stay will reduce the burden of litigation on the parties and on the court; and (3) whether a stay will unduly prejudice or tactically disadvantage the non-moving party." *Berkeley\*IEOR v. Teradata Operations, Inc.*, 2019 U.S. Dist. LEXIS 36563, 2019 WL 1077124, at *5 (N.D. Ill. Mar. 7, 2019).

*First*, a stay pending settlement and mediation here will simplify the issues in question. A settlement will undoubtedly simplify the issues in question and streamline further proceedings.

2

Even if a settlement cannot be reached, discussions over the substantive issues between Plaintiffs and ACE will provide the parties a better understanding on the merits of the disputes. A preliminary assessment of the issues in question will simplify the issues and streamline the trial.

*Second*, a stay pending settlement and mediation here will reduce the burden of litigation. A settlement will certainly reduce the burden of litigation and save judicial resources. A preliminary assessment of whether the alleged misappropriation occurred may subsequently eliminate the need for additional responsive pleadings, and fact and expert discovery.

*Third*, Plaintiffs will not be unduly prejudiced or tactically disadvantaged by a stay of the proceedings pending the parties' settlement discussion. If the parties cannot reach a settlement, Plaintiffs can proceed with this action. If a settlement is reached and approved, some or all of Plaintiffs' claims will be resolved.

Therefore, good causes exist to stay proceedings pending parties' settlement discussion and mediation because a stay will allow the parties to discuss the substantive issue, simplify the issues in question and reduce the burden of litigation. Plaintiffs are not unduly prejudiced by or tactically disadvantaged.

## **Conclusion.**

For the foregoing reasons, ACE respectfully requests that this Court conduct a mediation in this case or order a mediation by a neutral third party and to stay proceedings.

|  |  |
|---|---|
|  | Respectfully Submitted: |
| Date: 06/06/2022 | /s/ He Cheng |
|  | He Cheng |
|  | Robin.Cheng@glacier.law |
|  | Tao Liu |
|  | Tao.Liu@glacier.law |
|  | Glacier Law LLP |
|  | 200 Park Avenue, Suite 1703 |
|  | New York, NY 10166 |
|  | (332) 208-8882 |
|  | ***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, along with the attached Exhibits, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 06/06/2022

/s/ He Cheng
He Cheng