# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and<br>ICC ELECTRONICS (DONGGUAN) LTD.,<br><br>               Plaintiff,<br><br>      v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>               Defendant. | Case No. 1:20-cv-03375<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cummings |

## MOTION BY DEFENDANT SHENZHEN ACE BATTERY CO., LTD. FOR LEAVE TO SUBSTITUTE COUNSEL

Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Shenzhen Ace Battery Co., Ltd. ("Defendant"), moves this Court for leave to withdraw the appearances of Attorneys Andrew Jonathan Palmer, Ruoting Men, and Tianyu Ju of Glacier Law PLLC, and He Chang, Tao Liu, Wei Yang, Na Zhang of Glacier Law LLP, as counsel of record for Defendant in this matter, and for leave to substitute the appearances of Matthew Walch, Sean Berkowitz, Kevin C. Wheeler, and Stephen D. O'Donohue of Latham & Watkins LLP. In support thereof, Defendant states:

1. Glacier Law LLP and Glacier Law PLLC are no longer retained by Defendant in this case.

2. The withdrawal of Glacier Law LLP and Glacier Law PLLC and its attorneys of record will not result in undue delay of these proceedings, nor will it result in undue prejudice to any party in this litigation.

3. The proposed appearances are attached hereto as Exhibit A.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order granting Andrew Jonathan Palmer, He Chang, Tao Liu, Wei Yan, Na Zhang, Ruoting Men, and Tianyu Ju leave to withdraw their appearances as attorneys of record for Defendant in this action, and granting Matthew Walch, Sean Berkowitz, Kevin C. Wheeler, and Stephen D. O'Donohue leave to file appearances for Defendant in this action, and such other and further relief as this Court deems necessary and appropriate.

Date: June 7, 2022

Respectfully submitted

**Shenzhen Ace Battery Co., Ltd.**

By: */s/ Matthew Walch*
Matthew Walch
*Attorney for Defendant*

Matthew Walch (ARDC No. 6226308)
matthew.walch@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767