# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and<br>ICC ELECTRONICS (DONGGUAN) LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-03375<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cummings |

## NOTICE OF WITHDRAWN MOTION

Defendant Shenzhen Ace Battery Co., Ltd. ("Defendant") respectfully withdraws its Request for Mediation and Motion to Stay Proceedings (Dkt. No. 247).


Date: June 8, 2022　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　**Shenzhen Ace Battery Co., Ltd.**

　　　　　　　　　　　　　　　　　　By: /s/ He Cheng
　　　　　　　　　　　　　　　　　　He Cheng
　　　　　　　　　　　　　　　　　　Robin.Cheng@glacier.law
　　　　　　　　　　　　　　　　　　Tao Liu
　　　　　　　　　　　　　　　　　　Tao.Liu@glacier.law
　　　　　　　　　　　　　　　　　　Glacier Law LLP
　　　　　　　　　　　　　　　　　　200 Park Avenue, Suite 1703
　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　(332) 208-8882
　　　　　　　　　　　　　　　　　　***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this June 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, along with the attached Exhibits, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: June 8, 2022                                                           /s/ He Cheng
                                                                                           He Cheng