IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and ICC ELECTRONICS (DONGGUAN) LTD. <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN ACE BATTERY CO., LTD., <br><br> Defendant. | Civil Action No.: 1:20-cv-3375 <br><br> Honorable Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey Cummings |

## PLAINTIFFS' MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Plaintiffs Inventus Power, Inc. and ICC Electronics (Dongguan) Ltd. (collectively, "Inventus") respectfully move this Court for leave to file under seal parts of Plaintiffs' Opposition to Defendant's Motion for Reconsideration Under Fed. R. Civ. P. 60 ("Opposition") and Exhibits 3-14, 17, and 18 thereto (collectively, the "Provisionally Sealed Documents"):

In support of Plaintiffs' Motion to File Under Seal, Inventus states as follows:

1. Plaintiffs' Opposition contains excerpts and descriptions of documents marked by AcePower as HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY under the Protective Order in this case.

2. Exhibits 4-14 to the Opposition are documents marked by AcePower as HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY under the Protective Order in this case.

1

3. Exhibits 3, 17, and 18 to the Opposition are emails that contain discussions of documents marked by Inventus or AcePower as HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY under the Protective Order in this case.

Pursuant to Local Rule 26.2, simultaneously with filing this Motion to Seal, Inventus filed a public-record version of the Provisionally Sealed Documents.

WHEREFORE, Plaintiffs respectfully move this Court to seal the Provisionally Sealed Documents, as requested herein.

DATED: August 3, 2022                                  Respectfully submitted,

/s/ Gianni Cutri
Gianni Cutri
gianni.cutri@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Adam Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Natalie Sinzig (*admitted pro hac vice*)
natalie.sinzig@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (*admitted pro hac vice*)
michael.devries@kirkland.com
Kevin Bendix (*admitted pro hac vice*)
kevin.bendix@kirkland.com
Benjamin A. Herbert (admitted *pro hac vice*)
benjamin.herbert@kirkland.com
Yimeng Dou (*admitted pro hac vice*)
yimeng.dou@kirkland.com
KIRKLAND & ELLIS LLP

555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiffs
*INVENTUS POWER, INC., and ICC*
*ELECTRONICS (DONGGUAN) LTD.*

**CERTIFICATE OF SERVICE**

      I, Gianni Cutri, an attorney, hereby certify that on August 3, 2022, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: August 3, 2022                  */s/ Gianni Cutri*
                                                       Gianni Cutri