IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and<br>ICC ELECTRONICS (DONGGUAN) LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>Defendant. | Case No. 1:20-cv-03375<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cummings |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Protective Order entered by the Court is this case, Defendant Shenzhen Ace Battery Co., Ltd. ("Defendant") moves this Court for an Order permitting the filing under seal of Exhibits 1 and 2 (collectively, the "Provisionally Sealed Documents") to Reply in Support of Defendant's Motion for Reconsideration Under Fed. R. Civ. P. 60 ("Defendant's Reply").

In support of this motion, Defendant states as follows:

1. On October 28, 2020, the Court entered the Protective Order (Dckt. #93).

2. Exhibits 1 and 2 to Defendant's Reply contain excerpts and descriptions of documents marked by Inventus or AcePower as HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY under the Protective Order in this case.

Pursuant to Local Rule 26.2, simultaneously with filing Defendant's Reply, Defendant filed a public-record version of the Provisionally Sealed Documents.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion for Leave to file Under Seal.

Dated: August 8, 2022

          Respectfully submitted,

          */s/ Matthew W. Walch*

          Sean M. Berkowitz
          Matthew W. Walch
          LATHAM & WATKINS LLP
          330 N. Wabash Avenue, Suite 2800
          Chicago, IL 60611
          Telephone: (312) 876-7700
          Facsimile: (312) 993-9767
          sean.berkowitz@lw.com
          matthew.walch@lw.com

          Kevin C. Wheeler (*pro hac vice*)
          LATHAM & WATKINS LLP
          555 11th St NW Ste. 1000
          Washington, DC 20004
          kevin.wheeler@lw.com
          Telephone: (202) 637-2200
          Facsimile: (202) 637-2201

          Rachel R. Blitzer (*pro hac vice*)
          Stephen D. O'Donohue (*pro hac vice*)
          LATHAM & WATKINS LLP
          885 Third Avenue
          New York, NY 10022
          Telephone: (212) 906-1274
          Facsimile: (212) 751-4864
          rachel.blitzer@lw.com
          stephen.odonohue@lw.com

          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2022, I will cause to be served the exhibits supporting the Reply in Support of Defendant's Motion for Reconsideration that are being filed under seal (Exhibits 1-2) via email to all counsel of record.

                                                          /s/ Matthew W. Walch
                                                          Matthew W. Walch