## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Inventus Power, Inc., et al.

                              Plaintiff,

v.                                                   Case No.: 1:20−cv−03375
                                                         Honorable Robert M. Dow Jr.

Shenzhen Ace Battery Co., Ltd., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Telephonic motion hearing held on 8/18/22 on defendant's motion for reconsideration [261]. For the reasons discussed on the record, defendant's motion is entered and continued. The Court directs counsel for both parties to meet and confer with their clients and then with each other regarding the following issues: (1) Ace's offer to withdraw any arguments previously asserted in its motion to dismiss for lack of jurisdiction [70] [137] that are arguably based upon Ace's source code and Inventus' position on whether the source code remains discoverable during jurisdictional discovery notwithstanding Ace's withdrawal of the arguments; (2) The remaining discovery disputes (unrelated to the source code) set forth in Inventus' response brief [266] and Ace's reply brief [271−1]; and (3) the impact, if any, of Ace's recent efforts to comply with this Court's prior discovery orders on the status or breadth of Inventus' pending request for sanctions. By 8/26/22, the parties shall file a joint status report setting forth the status of their meet and confers and their positions on each of the above topics. If any non−source code related discovery disputes remain each party shall set forth their respective position on each outstanding issue. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.