IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INVENTUS POWER, INC., and<br>ICC ELECTRONICS (DONGGUAN) LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>　　　　　　　Defendant. | Case No. 1:20-cv-03375<br><br>Judge Nancy L. Maldonado<br><br>Magistrate Judge Jeffrey Cummings |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2 and the Protective Order entered by the Court is this case, Defendant Shenzhen Ace Battery Co., Ltd. ("Defendant") moves this Court for an Order permitting the filing under seal of Defendant's Update to the August 26, 2022 Joint Status Report ("Defendant's Update to the JSR") and attached Exhibit A.

In support of this motion, Defendant states as follows:

1. On October 28, 2020, the Court entered the Protective Order (Dckt. 93).

2. Defendant's Update to the JSR and attached Exhibit A contain descriptions of documents marked by Defendant as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in this case, including documents that refer to confidential customer and technical information.

3. Exhibit A is a true and correct copy of Defendant's Objections and Responses to Plaintiffs' Third Set of Interrogatories (No. 15) and is marked by Ace as "HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY" under the Protective Order in this case, and includes confidential customer and technical information.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion for Leave to file Under Seal.

Dated: November 1, 2022

Respectfully submitted,

/s/ Kevin C. Wheeler
Kevin C. Wheeler
*One of the Attorneys for Defendant Shenzhen Ace Battery Co., Ltd.*

Sean M. Berkowitz (ARDC No. 6209701)
Matthew W. Walch (ARDC No. 6226308)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com
matthew.walch@lw.com

Kevin C. Wheeler (*pro hac vice*)
LATHAM & WATKINS LLP
555 11th St NW Ste. 1000
Washington, DC 20004
kevin.wheeler@lw.com
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Rachel R. Blitzer (*pro hac vice*)
Stephen D. O'Donohue (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1274
Facsimile: (212) 751-4864
rachel.blitzer@lw.com
stephen.odonohue@lw.com
